# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Julie Ann Holm,

    Debtor.

Chapter 7
BKY 15-40068

## NOTICE OF SETTLEMENT

TO:    The United States Trustee, all creditors, and other parties in interest.

On *November 11, 2019,* or as soon thereafter as the transaction may be completed, the trustee of the estate of the debtor named above will settle a controversy as follows:

The debtor has a product liability claim related to a transvaginal mesh implant (the "Claim"). The Claim is property of the bankruptcy estate, subject to the debtor's exemption in the amount of $30,000.00. The debtor and the bankruptcy estate received an offer to settle the Claim for a gross award of $92,378.08 (the "Gross Settlement Amount"), with certain deductions and disbursements. The settlement offer is conditional upon bankruptcy court approval and execution by the trustee and the debtor of required release documentation.

The following deductions and disbursements will be paid directly by the Settlement Administrator administering the claim:

| | |
|---|---|
| $ 4,618 | 5.00% Assessment Ordered by Multi-District Litigation Court in which product liability case is pending |
| $18,214.97 | Lien – Optum/UCare (Medicaid) |
| $ 534.84 | Lien – Medicare |
| $ 675.00 | Lien – Providio |

After deducting these directly paid amounts from the Gross Settlement Amount, the remaining amount, less $1,245.60 previously paid to debtor's counsel Wagstaff & Cartmell for Wave Expenses, which equals $67,089.67 (the "Net Settlement Amount"), shall be paid by the Settlement Administrator to Wagstaff & Cartmell. From that Net Settlement Amount, the following payments of attorneys' fees and expenses, totaling $36,522.55, shall be made, subject to approval by the Court, by Wagstaff & Cartmell:

| | |
|---|---|
| $1,694.81 | TorHoerman Case Specific Expenses |
| $ 397.85 | Wagstaff & Cartmell Pro Rata Unpaid Wave & General Expenses |

| | |
|---|---|
| $ 250.00 | Providio QSF expense to be paid by Wagstaff & Cartmell |
| $34,179.89 | Attorney's fees for Wagstaff & Cartmell and Tor Hoerman |

After payment of the attorneys' fees and expenses, the remaining amount will be paid to the bankruptcy estate. The trustee will pay the debtor her exemption of $30,000.00.

The debtor has a second product liability claim against a different manufacturer in which the estate will be paid the entire net amount.

The trustee believes this is a fair offer and in the best interest of the estate. The trustee and the debtor/product liability plaintiff will release all claims against the Claim defendants and execute such documents necessary to effectuate such release.

## **OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: October 17, 2019   By:/e/ Nauni Manty
                                                                                     Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  JULIE ANN HOLM | CASE NO: 15-40068<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/17/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2019

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  JULIE ANN HOLM | CASE NO: 15-40068 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/17/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

```
CASE INFO                           WELLS FARGO BANK NA                  EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    25 N DALE ST 2ND FLR                 MINNEAPOLIS
08644                               ST PAUL MN 55102-2227                301 US COURTHOUSE
CASE 15-40068                                                            300 SOUTH FOURTH STREET
DISTRICT OF MINNESOTA                                                    MINNEAPOLIS MN 55415-1320
MINNEAPOLIS
THU OCT 17 09-45-00 CDT 2019


CAP1BSTBY                           CAPITAL MANAGEMENT SERVICES LP       CHASE
PO BOX 790441                       698 12 SOUTH ODGEN STREET            PO BOX 15298
ST LOUIS MO 63179-0441              BUFFALO NY 14206-2317                WILMINGTON DE 19850-5298




CITI                                CITIBANK                             CITIBANKTHE HOME DEPOT
PO BOX 6241                         PO BOX 790034                        CITICORP CREDIT SRVSCENTRALIZED
SIOUX FALLS SD 57117-6241           ST LOUIS MO 63179-0034               BANKRUP
                                                                         PO BOX 790040
                                                                         SAINT LOUIS MO 63179-0040


CAPITAL ONE NA                      DISCOVER FIN SVCS LLC                DISCOVER BANK
CO BECKET AND LEE LLP               PO BOX 15316                         DISCOVER PRODUCTS INC
PO BOX 3001                         WILMINGTON DE 19850-5316             PO BOX 3025
MALVERN PA 19355-0701                                                    NEW ALBANY OH 43054-3025



GECRB  JC PENNEY                    GECRBAMAZON                          GEMBWALMART
ATTN BANKRUPTCY DEPT                ATTN BANKRUPTCY                      ATTN BANKRUPTCY
PO BOX 103104                       PO BOX 103104                        PO BOX 103104
ROSWELL GA 30076-9104               ROSWELL GA 30076-9104                ROSWELL GA 30076-9104



INTERNAL REVENUE SERVICE            KOHLSCAPONE                          MINNESOTA DEPARTMENT OF REVENUE
CENTRAL INSOLVENCY OPERATION        N56 W 17000 RIDGEWOOD DR             BANKRUPTCY SECTION
PO BOX 7346                         MENOMONEE FALLS WI 53051-7096        PO BOX 64447
PHILADELPHIA PA 19101-7346                                               SAINT PAUL MN 55164-0447



SCHILLER  ADAM                      SEARSCBNA                            SYNCBAMAZON
25 NORTH DALE ST                    PO BOX 6497                          PO BOX 965015
ST PAUL MN 55102-2227               SIOUX FALLS SD 57117-6497            ORLANDO FL 32896-5015



SYNCBHOME DESIGN HI P               SYNCBHOME DSGN FLOORI                SYNCBJC PENNEY DC
CO PO BOX 965036                    CO PO BOX 965036                     4125 WINDWARD PLAZA
ORLANDO FL 32896-0001               ORLANDO FL 32896-0001                ALPHARETTA GA 30005-8738



SYNCBWALMART                        THDCBNA                              US BANK
PO BOX 965024                       PO BOX 6497                          PO BOX 5229
ORLANDO FL 32896-5024               SIOUX FALLS SD 57117-6497            CINCINNATI OH 45201-5229
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

WELLS FARGO
PO BOX 14517
DES MOINES IA 50306-3517

WELLS FARGO CARD SER
1 HOME CAMPUS
3RD FLOOR
DES MOINES IA 50328-0001

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

DEBTOR
JULIE ANN HOLM
831 ORANGE STREET
LINO LAKES MN 55014-2110

EXCLUDE
NAUNI JO MANTY
MANTY & ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097

EXCLUDE
NICOLE L ANDERSON
1650 11TH AVE SW
SUITE 203
FOREST LAKE MN 55025-2106

TIMOTHY D MORATZKA
901 MARQUETTE AVE
SUITE 1400
MINNEAPOLIS MN 55402-3264